■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTY ADAMSON, Appellant. [46 NYS3d 431]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 26, 2015 (*People v Adamson*, 131 AD3d 701 [2015]), determining an appeal from a judgment of the Supreme Court, Kings County, rendered March 28, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Austin, Miller and Maltese, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN B., Appellant. [46 NYS3d 425]—Appeals by the defendant from two judgments of the Supreme Court, Kings County (Gubbay, J.), both rendered April 6, 2015, convicting him of robbery in the second degree under indictment No. 10065/14 and burglary in the second degree under indictment No. 1697/15, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the judgments are affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]) and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Leventhal, J.P., Austin, Cohen, Hinds-Radix and LaSalle, JJ., concur.